| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sykes, Diane S. | Seventh Circuit United States Court of Appeals | 05/08/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge, Active Status | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2014 to 12/31/2014 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

716 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Federal Judges Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1992 | WI Department of Employee Trust Funds (retirement account), no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sykes, Diane S. | 05/08/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Federalist Society, Notre Dame Law School, Student Event | February 26-28, 2014 | South Bend, IN | Speaker | Transportation, Lodging, Baggage Fees, Parking & Meals |
| 2. | University of California Los Angeles School of Law | March 6-7, 2014 | Los Angeles, CA | Moot Court Judge | Transportation (Airline & Ground), Lodging, Baggage Fees, Parking & Meals |
| 3. | Yale School of Law | April 8-10, 2014 | New Haven, CT | Moot Court Judge | Transportation (Airline & Ground), Lodging, Baggage Fees, Parking & Meals |
| 4. | The Federalist Society, University of Chicago, Student Event | April 28-29, 2014 | Chicago, IL | Speaker | Transportation, Baggage Fees, Parking & Meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sykes, Diane S. | 05/08/2015 |

| | | | | | |
| --- | --- | --- | --- | --- |
| 5. | Federal Judges Association | May 3-4, 2014 | Washington, D.C. | Conference | Transportation (Airline & Ground), Lodging, Baggage Fees, Parking & Meals |
| 6. | Cato Institute | September 16-18, 2014 | Washington, D.C. | Speaker & Conference | Transportation (Airline & Ground), Lodging, Baggage Fees, Parking & Meals |
| 7. | University of Tennessee College of Law | October 22-24, 2014 | Knoxville, TN | Moot Court Judge | Transportation (Airline & Ground), Lodging, Baggage Fees, Parking & Meals |
| 8. | The Federalist Society, National Convention | November 13-14, 2014 | Washington, D.C. | Speaker & Conference | Transportation (Airline & Ground), Lodging, Baggage Fees, Parking & Meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sykes, Diane S. | 05/08/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | Federal Judicial Guest Privileges | Union League Club, Chicago, Illinois - See Part VIII | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | U.S. Department of Education | Parent Plus College Loan | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sykes, Diane S. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BGI Mid Cap Equity-Collective W (via WI Def.Comp.Prog.) (H) | A | | J | T | | | | | See Part VIII |
| 2. T Rowe Price Mid Cap Gr (via WI Def. Comp. Program) (H) | A | | J | T | | | | | See Part VIII |
| 3. Fid Contrafund (via WI Def. Comp. Program) (H) | A | | J | T | | | | | See Part VIII |
| 4. Vanguard Admiral Treasury Money Market (via WIDef.Comp.) (H) | A | | J | T | | | | | See Part VIII |
| 5. BGI US Debt Index Fund (via WI Def. Comp. Program) (H) | A | | J | T | | | | | See Part VIII |
| 6. AllianceBerstein US Gov A (H) | A | | J | T | | | | | See Part VIII |
| 7. WI Department of Employee Trust Funds, retirement accnt (H) | C | | L | T | | | | | See Part VIII |
| 8. BMO Harris Bank Accounts--See Part VIII | B | Interest | M | T | | | | | |
| 9. Administrative Office of U.S. Courts | C | Interest | | | | | | | See Part VIII |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sykes, Diane S. | 05/08/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part II. The agreement regarding the Wisconsin Department of Employee Trust Funds commenced in 1992, when Judge Sykes began employment as a Milwaukee County Circuit Judge.

2) Part V, Item 1. The Union League Club of Chicago is a social and civic association with dining, lodging, and athletic facilities located adjacent to the federal complex in Chicago. The Club offers guest privileges to federal judges. The charge for these limited privileges for 2014 was $1,296 (full Club membership dues for a member of the same age for 2014 were $3,480). Members of the federal judiciary who receive such Club privileges may not hold office, serve on committees, or be entitled to vote. Judicial officers with these guest privileges pay for food and athletic services on the same basis as Club members.

3) Part VII. The income during reporting period (column B(2)) for Assets 1 through 7 is market gain/appreciation.

4) Part VII. The interest reported in Item 9 was received as part of the judicial back-pay award as a consequence of the Barker class action.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diane S. Sykes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544